UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

INVOLUNTARY PETITION AGAINST A NON-INDIVIDUAL

1. Chapter of the Bankruptcy Code: Chapter 7

2. Debtor's Name: The Bay Club of Naples, LLC, a Florida Limited Liability Company

3. Other names you know the debtor has used in the last 8 years: None

4. Debtor's federal Employer Identification Number (EIN): Unknown

5. Debtor's address:

   Principal place of business:  1001 Tenth Ave. S, Ste. 102
                                 Naples, FL 34102

   Location of principal assets, if different from principal place of business:
       801 12th Ave. S
       Naples, FL 34102

6. Debtor's website (URL): Unknown

7. Type of debtor: Corporation (including Limited Liability Company(LLC) and Limited Liability Partnership (LLP)

8. Type of debtor's business: Single Asset Real Estate (as defined in 11 U.S.C. §101(51B)

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? No

10. **Venue:** Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than any other district.

11. **Allegations:**

    The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

    No.

13. **Each petitioner's claim**

| Name | Nature of Claim | Amount above lien value |
|---|---|---|
| Steven Louro | Money Loaned | $3,250,000 |
| Frank Meak | Money Loaned | 4,075,000 |
| The Rock Custom Homes, Inc. | Construction services | 100,000 |

**Request for Relief**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petition creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**           **Attorney**

**Name and mailing address of petitioner**

Frank Meak
2631 Palmer Ct
Naples, FL 34113

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7-26-19___

_____
Signature of petitioner

Robert A. Soriano
(Fla. Bar No. 445003)
Soriano Law, P.A.
4830 West Kennedy Blvd.
Suite 600
Tampa, FL 33609
(877) 830-2800
rsoriano@robsorianolaw.com

/s/ Robert A. Soriano

Dated: July 26, 2019

**Name and mailing address of petitioner**

The Rock Custom Homes, Inc.
3131 Laurel Ridge Court
Bonita Springs, FL 34134

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7-26-19___

The Rock Custom Homes, Inc.

By: _____
    William Must
Its: President

Name and mailing address of petitioner

Steven Louro
2 Hunters Way
Nissequogue, NY 11780

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/26/19

_____
Signature of Petitioner

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CORPORATE OWNERSHIP STATEMENT
PURSUANT TO FRBP 1007(a)(1) AND 7007.1

I, William Must, hereby declare under penalty of perjury under the laws of the United States of America, state that the following is true and correct:

1. I am the president of The Rock Custom Homes, Inc., a Florida corporation and one of the petitioning creditors in the involuntary petition against The Bay Club of Naples, LLC, a Florida limited liability company.

2. There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interests.

Dated: July 26, 2019

_____
William Must